EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* MANUEL TORRES, acusado y apelante.

No. 3338.—*Visto:* Enero 17, 1928. *Resuelto:* Enero 24, 1928.

ALIMENTOS *(Food)*—LECHE—LECHE ADULTERADA—RESPONSABILIDAD CRIMINAL—PROCESO Y CASTIGO—EVIDENCIA—SU SUFICIENCIA.—La sola prueba de admisión de un acusado de que llevaba leche de venta para sus ajustes, aún cuando sea negada por el acusado, es suficiente para sostener una convicción si la corte cree que tal confesión se hizo, y más aún cuando la prueba de descargo no explica razonablemente la transportación.

SENTENCIA de *Angel Acosta Quintero,* J. (Ponce), condenando al acusado por delito de adulteración de leche. *Confirmada.*

*Felipe Colón Díaz,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante fué acusado de que tenía para la venta, ofrecía en venta y vendía leche de vaca adulterada, y el único

motivo que alega en esta apelación para que revoquemos la sentencia condenatoria que dictó la corte inferior es que la prueba no es suficiente para justificar la condena.

Examinada una leche que portaba el apelante resultó estar adulterada con agua, pero él sostiene que no se ha probado que estuviera vendiéndola.

La prueba del fiscal consistió únicamente en la declaración de un inspector de Sanidad quien dijo que esa leche la llevaba el acusado por una de las calles de Coamo en dos jarros como de veinte litros cada uno y que al tomarle muestra de ella le manifestó espontáneamente que la llevaba de venta para sus ajustes, para venderla en esa forma. El acusado negó en el juicio que él hubiera dicho tal cosa al inspector y declaró que la leche era para don Arturo Picó, dueño de las vacas, y para su madre; que esos jarros eran grandes pero no tenían cuarenta cuartillos de leche, pues iban casi vacíos. El Sr. Picó declaró que el acusado es su empleado hace muchos años, que sus vacas no dan sino unos diez y seis cuartillos de leche, parte de los cuales se los mandaba su empleado a Aibonito, donde él estaba temporalmente, y la otra parte era para su madre.

Al dictar la corte inferior su sentencia condenatoria tuvo, necesariamente, que haber dado crédito a la declaración del inspector de Sanidad respecto a que el apelante le manifestó que llevaba la leche para venderla a sus ajustes, resolviendo en esa forma el conflicto de ella con la declaración del acusado que negó haber hecho esa manifestación; y como esa admisión del acusado puede servir de fundamento a una condena teniendo en cuenta además que estando ausente de Coamo el Sr. Picó él no puede saber si en efecto el acusado vendía o no leche y que si sus vacas producían menos de diez y seis cuartillos de leche no es explicable razonablemente que para transportarla al pueblo de Coamo se usaran dos jarros capaces cada uno de contener más que esa cantidad, tenemos que llegar a la conclusión de que

existe prueba suficiente para sostener la sentencia apelada y que *debe ser confirmada.*